IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THOMAS REYNOLDS, )
)
    Petitioner, )
)
vs. ) CIVIL NO. 08-cv-462-GPM
)
WARDEN HOLLINGSWORTH, )
)
    Respondent. )

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court for preliminary consideration of Petitioner's application for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is summarily dismissed with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner, **THOMAS REYNOLDS,** is to take nothing from this action.

**DATED**: 09/16/08

NORBERT G. JAWORSKI, CLERK

By: _s/ Linda M. McGovern_
    Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
    G. PATRICK MURPHY
    U.S. DISTRICT JUDGE